BARTLETT, Respondent, v. DOWD, Appellant.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by Daniel Bartlett against Thomas H. Dowd, as administrator, etc.
Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.
No opinion.   Motion to strike case from the calendar.   Granted.

---

BEUERLEIN, Respondent, v. O'LEARY, Appellant.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by Frederick Beuerlein, Jr., against Cornelius O'Leary.
Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.
No opinion.   Judgment appealed from affirmed, with costs.

---

BOWDEN, Respondent, v. GALEN et al., Appellants.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by Robert Y. Bowden against Lewis Galen, as president, etc., and
·others.
Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.
No opinion.   Interlocutory judgment appealed from affirmed, with costs,
with leave to amend answer within 20 days, upon the payment of the costs
·of this appeal and of the demurrer.

---

BRINK v. ARMSTRONG.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by Ruth A. Brink against Hiram Armstrong.
Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.
No opinion.   Motion to strike case from the calendar and for affirmance
.granted on default.

---

CARR, Respondent, v. CARR, Appellant.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by Otis N. Carr against Charles D. Carr.
Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.
No opinion.   Motion to dismiss appeal on the ground of the nonservice of
papers granted, without costs to either party.

---

CHILDS, Respondent, v. CRANE et al., Appellants.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by E. A. Childs, as receiver, etc., of Kirke B. Crane, against Kirke
B. Crane and others.
Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.
No opinion.   Order appealed from affirmed, with $10 costs and disburse-
ments.